IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOSEPH ALEXANDER DANSBY, SR.                                                    PLAINTIFF

v.                                    Case No. 4:24-cv-4082

JAIL ADMINISTRATOR GINA BUTLER;
CAPTAIN TRACY SMITH; PROSECUTOR
TISHA MARTIN; JUDGE TOM COOPER;
and SHERIFF BOBBY WALRAVEN                                                      DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed April 4, 2025, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 17. Judge Bryant recommends that this case be dismissed without prejudice for failure to comply with the Court's Local Rules and orders and for failure to prosecute this case.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 17) *in toto*. Accordingly, the Court finds that this case should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 22nd day of April, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge